725 A.2d 1124

NEW JERSEY APARTMENT ASSOCIATION INC. AND LISMARC REALTY MANAGEMENT CORP., ETC., PLAINTIFFS–APPELLANTS AND CROSS–RESPONDENTS, AND SOCIETY HILL APARTMENT ASSOCIATION, L.P., PLAINTIFF–INTERVENOR, v. DIRECTOR, DIVISION OF LOCAL GOVERNMENT SERVICES, DEPARTMENT OF COMMUNITY AFFAIRS, ETC., DEFENDANT–RESPONDENT AND CROSS–APPELLANT, AND TAX COLLECTOR, TOWNSHIP OF WASHINGTON, COUNTY OF GLOUCESTER, DEFENDANT.

January 26, 1999.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

725 A.2d 1124

IN THE MATTER OF THE ADVISORY COMMITTEE ON PROFESSIONAL ETHICS DOCKET NO. 18–98.

GREGORY C. HART, PETITIONER.

January 27, 1999.

This matter having been duly presented to the Court, it is ORDERED that the notice of petition for review of the Advisory Committee on Professional Ethics Docket No. 18–98, whether an attorney may simultaneously serve as municipal attorney and Borough Clerk/Administrator for the same municipality is granted.